```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 20327
   KATHLEEN M BOEHMER
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2933

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/20/2005 and was confirmed 07/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
AMC MORTGAGE SERVICES     CURRENT MORTG     64419.77          .00         64419.77
AMC MORTGAGE SERVICES     MORTGAGE ARRE     30903.86          .00         19256.81
ILLINOIS TITLE LOANS      SECURED            4500.00        524.89         2687.53
AT & T WIRELESS           UNSEC W/INTER   NOT FILED           .00             .00
ANDERSON FINANCIAL NETWO  NOTICE ONLY     NOT FILED           .00             .00
DIRECT MERCHANTS BANK     UNSEC W/INTER   NOT FILED           .00             .00
DR MAREK GAWRY            UNSEC W/INTER   NOT FILED           .00             .00
FLEET CARD                UNSEC W/INTER   NOT FILED           .00             .00
HSBC                      UNSEC W/INTER   NOT FILED           .00             .00
JC PENNEY                 UNSEC W/INTER   NOT FILED           .00             .00
CITI ASSOCIATES           UNSEC W/INTER   NOT FILED           .00             .00
ROUNDUP FUNDING LLC       UNSEC W/INTER    14188.61           .00             .00
CINGULAR WIRELESS         UNSEC W/INTER      447.14           .00             .00
ILLINOIS TITLE LOANS      UNSEC W/INTER      421.33           .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY       1,700.00                       1,700.00
TOM VAUGHN                TRUSTEE                                          4,911.00
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              93,500.00

PRIORITY                                          .00
SECURED                                     86,364.11
    INTEREST                                   524.89
UNSECURED                                         .00
ADMINISTRATIVE                               1,700.00
TRUSTEE COMPENSATION                         4,911.00
DEBTOR REFUND                                     .00
                     ---------------     ---------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 20327 KATHLEEN M BOEHMER
```

```
TOTALS                                       93,500.00              93,500.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
Dated: 04/23/08                      _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```